IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CV-844-BR

| | |
|---|---|
| BYRON C. BRIGGS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

UPON CONSIDERATION of the Joint Motion to Stay the Scheduling Order, all materials submitted in support thereof, and the record on the whole, on this ____ day of November 2014,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Joint Motion is GRANTED; and

IT IS FURTHER ORDERED that scheduling order is stayed pending the Court's ruling on the certification of scope issue.

SO ORDERED.

_____
Kimberly A. Swank
United States Magistrate Judge