UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| Byron C. Briggs, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>United States of America, )<br>)<br>)<br>Defendant. )<br>) | **JUDGMENT**<br><br>5:13-CV-844-BR |

**Decision by Court.**

This action came before Senior United States District Judge W. Earl Britt on the government's renewed motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** that the government's renewed motion to dismiss plaintiff's complaint, (DE# 32), is GRANTED. This case is closed.

**This judgment filed and entered on February 2, 2015, and served on:**

Bikash Roy (via CM/ECF Notice of Electronic Filing)
Kimberly A. Moore (via CM/ECF Notice of Electronic Filing)

February 2, 2015 /s/ Julie Richards Johnston,
 Clerk of Court